IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 26 PM 12: 23

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

United States of America,

    Plaintiff,

v.

Civil No. 04-2658-B/P

Thirty-Five Thousand Four Hundred
Ninety-Nine Dollars ($35,499.00) in
U.S. Currency,

    Defendant.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on May 26, 2005. Present were Christopher E. Cotten, Assistant U.S. Attorney, counsel for plaintiff, and Jake E. Erwin, counsel for claimants Nana Asantewaa, et al. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ. P. 26(a)(1): Thursday, June 9, 2005

JOINING PARTIES: Monday, June 27, 2005

AMENDING PLEADINGS: Monday, June 27, 2005

INITIAL MOTIONS TO DISMISS: Wednesday, July 27, 2005

COMPLETING ALL DISCOVERY: Friday, August 26, 2005

    (a) DOCUMENT PRODUCTION: Friday, August 26, 2005

    (b) DEPOSITIONS, INTERROGATORIES, AND REQUESTS FOR
        ADMISSIONS: Friday, August 26, 2005

    (c) EXPERT WITNESS DISCLOSURE (Rule 26): N/A

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-27-05



FILING DISPOSITIVE MOTIONS: Thursday, September 25, 2005

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filing that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial, and the trial is expected to last one (1) day.

This case is not appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED,** this 26 day of May, 2005.

TU M. PHAM
United States Magistrate Judge

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: *(signature)*

Christopher E. Cotten
Assistant United States Attorney
Counsel for Plaintiff

*(signature)*

Jake E. Erwin
Counsel for Claimants
Nana Asantewaa, et al

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CV-02658 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT